IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARIO ANDJUAN PEEPLES, :

    Plaintiff, :

vs. : CA 19-0070-JB-C

XLIBRIS PUBLISHING, :

    Defendant.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 8, 2019 is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of May 2019.

                s/JEFFREY U. BEAVERSTOCK
                **UNITED STATES DISTRICT JUDGE**